

FILED
MAY 16 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER SAKHANSKIY,<br><br>　　　　　Defendant. | No. 2:13-cr-00160-MCE<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release ALEXANDER SAKHANSKIY Case No. 2:13-cr-00160-MCE, charge: 18 U.S.C. § 844(h)(1), from custody for the following reasons:

　　　____　　Release on Personal Recognizance

　　　_X_　　Bail Posted in the Sum of $ 50,000.00

　　　　　　　_X_　Unsecured Appearance Bond

　　　　　　　__　Appearance Bond with 10% Deposit

　　　　　　　__　Appearance Bond with Surety

　　　　　　　__　Corporate Surety Bail Bond

　　　　　　　_X_　(Other): Pretrial release conditions.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, California on May 16, 2013.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE