


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

LARISA SAKHANSKIY,

Defendant.

No. 2:13-cr-00160-MCE

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release LARISA SAKHANSKIY Case No. 2:13-cr-00160-MCE, charge: 18 U.S.C. § 844(h)(1), from custody for the following reasons:

____ Release on Personal Recognizance

_X_ Bail Posted in the Sum of $ 50,000.00

_X_ Unsecured Appearance Bond

__ Appearance Bond with 10% Deposit

__ Appearance Bond with Surety

__ Corporate Surety Bail Bond

_X_ (Other): Pretrial release conditions.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, California on May 16, 2013.

[signature]

UNITED STATES MAGISTRATE JUDGE