IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br>ALEXANDER SAKHANSKIY,<br><br>Defendant. | Case No. 2:13-cr-0160 MCE<br><br>**ORDER APPOINTING COUNSEL** |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.

OFFENSE: 18 USC § 844(h)(1)

CJA Panel attorney Mark J. Reichel is hereby appointed effective May 16, 2014, the date the Office of the Federal Defender first contacted him. Appointed counsel is ordered to retain the signed Financial Affidavit supporting appointment.

IT IS SO ORDERED.

Dated: May 28, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1