Shari Rusk, Bar No. 170313
Attorney at Law
PO Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: 2:13-cr-00160-MCE |
| Plaintiff, | ) STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| vs. | ) |
| Sakhanskiy, et.al. | ) Court: Hon. Morrison C. England |
| Defendants. | ) Time: 9:00 a.m. |
| | ) Date: October 30, 2014 |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 2, 2014.

2. By this stipulation, defendants now move to continue the status conference until October 30, 2014, if that date is available with the Court

3. The parties agree and stipulate, and request that the Court find the following:

    a. As the Court is aware, the government has provided over 6,000 pages of discovery, including investigative reports and related documents in electronic form, over 3 hours of audio taped interviews with Sacramento Metropolitan Fire investigators and local law enforcement and other witnesses and photographs.

    b. Defense counsel has engaged experts in this matter. Counsel continue to review discovery with their respective clients and actively investigate. Counsel desire additional time to consult with their clients, to continue investigation and research related to the charges, to review and copy discovery for this matter, to

-1-

discuss potential resolutions with clients, to prepare pretrial motions, and to otherwise prepare for trial. Counsel for Alexander Sakhaniskiy will be in federal court in Utah on October 2, 2014. Counsel for the government will be in trial on that date. The parties jointly request this brief continuance and will be prepared to set a trial date on October 30, 2014,

      c.     Counsel for defendants believe that failure to grant the above-requested continuance would deny defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d.     The government does not object to the continuance.

      e.     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 2, 2014 to October 30, 2014 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

///

///

///

///

///

///

///

///

Dated: September 30, 2014          Respectfully submitted,


                                   __/s/ Shari Rusk___
                                   Shari Rusk
                                    Attorney for Defendant
                                    Larisa Sakhanskiy


                                   /s/ Mark J. Reichel____
                                   Mark J. Reichel
                                   Attorney for Defendant
                                   Alexander Sakhaniskiy

                                   /s/ Michael Anderson
                                   Michael Anderson
                                   Assistant United States Attorney


**ORDER**


    IT IS SO ORDERED.

Dated:  October 2, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT