MARK REICHEL (Cal. SBN #155034)
REICHEL & PLESSER LLP
455 Capitol Mall, Suite 350
Sacramento, CA. 95814
Tel. (916) 498-9258
Fax (888) 567-2949
E-Mail: mark@reichellaw.com

Attorney for Defendant
ALEXANDER SAKHANISKY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>ALEXANDER SAKHANISKY et al<br><br>Defendants. | No. 13-CR-160 MCE<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE;ORDER<br><br>Date: December 4, 2014<br>Time: 9:00 a.m.<br>Judge: Honorable Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, the undersigned Assistant United States Attorney, attorney for Plaintiff, and The undersigned attorneys for defendants, that the present date for the status conference shall be re calendared for December 4, 2014.

All counsel and all clients are continuing their review of the discovery provided, conducting legal research and factual development, and engaging in efforts to resolve the case. As such, based upon the foregoing, all counsel and defendants agree that the time under the Speedy Trial Act from the date this stipulation is lodged, through December 4, 2014, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H) (7) (B) (iv) and Local Code T4.

1

DATED: November 18, 2014. Respectfully submitted,

/s/ Mark J. Reichel

Attorney for defendant Sakhanisky

/s/ Mark J. Reichel for

Shari Rusk, Esq.

Attorney For Defendant Sakhanisky

BENJAMIN B. WAGNER

United States Attorney

/s/ Mark J. Reichel for:

MICHAEL ANDERSON

Assistant U.S. Attorney

Attorney for Plaintiff

## ORDER

IT IS SO ORDERED. For the reasons set forth above, the court finds that there is GOOD CAUSE for the continuance and the exclusion of time, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is excluded pursuant to 18 U.S.C. Section 3161(h)(7).

IT IS SO ORDERED.

DATED: November 20, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT