UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-CR-00160-MCE |
| Plaintiff, | |
| v. | **ORDER** |
| ALEXANDER SAKHANSKIY and LARISA SAKHANSKIY, | |
| DefendantS. | |

This matter is hereby set for a status conference at 10:00 a.m. on Monday, August 3, in Courtroom 7. Both Defendants and their counsel are ORDERED to personally appear. Failure of a defendant to appear as ordered will result in the immediate issuance of a bench warrant for that defendant's arrest.

IT IS SO ORDERED.

Dated: July 30, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT