BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
NIRAV K. DESAI
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER SAKHANSKIY, and LARISA SAKHANSKIY,<br><br>Defendants. | CASE NO. 2:13-CR-160 MCE<br><br>ORDER DISMISSING COUNT FOUR OF THE INDICTMENT<br><br>DATE: August 17, 2015<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

The Court HEREBY GRANTS the United States of America's motion to dismiss count four of the indictment, charging wire fraud in violation of 18 U.S.C. § 1343. Fed. R. Crim. P. 48(a). Count four of the indictment is dismissed without prejudice.

IT IS SO ORDERED.

Dated: August 12, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT