Shari Rusk, Bar No. 170313
Attorney at Law
PO Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>  vs.<br>Sakhanskiy, et.al.<br><br>       Defendants. | Case No.: CR.S. 13-160 MCE<br><br>PROPOSED ORDER RE JAIL VISITATION<br><br>Court: Hon. Morrison C. England<br>Time: 9:00 a.m. |

    Larisa Sakhanskiy was remanded on Friday, September 11, 2015, after conviction at trial. Her 17 year old daughter, Angelina Sakhanskiy, attempted to visit her several times over the weekend, accompanied by her Grandfather, Grigory Tarusov. The jail informed Ms. Sakhanskiy that she could only visit with her legal guardian. Both Ms. Sakhanskiy's parents were remanded into custody. Counsel was informed by the Sacramento County Main Jail that Ms. Sakhanskiy would be permitted to visit her mother with a signed court order. Ms. Sakhanskiy hereby asks that this Court order the jail to allow her daughter to visit her while she is in custody.

Dated: September 15, 2015        Respectfully submitted,


                                                __/s/ Shari Rusk___
                                                Shari Rusk
                                                Attorney for Defendant
                                                Larisa Sakhanskiy

**ORDER**

It is hereby ordered that Angelina Sakhanskiy be permitted to visit her mother Larisa Sakhanskiy at the Sacramento County jail, accompanied by her grandfather, Grigory Tarusov.

IT IS SO ORDERED.

Dated: September 18, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT