BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
NIRAV K. DESAI
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER SAKHANSKIY, and LARISA SAKHANSKIY,<br><br>Defendants. | CASE NO. 2:13-CR-160 MCE<br><br>STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT ALEXANDER SAKHANSKIY'S MOTION FOR JUDGMENT OF ACQUITTAL, AND IN THE ALTERNATIVE, MOTION FOR NEW TRIAL, AND DEFENDANT LARISA SAKHANSKIY'S MOTION FOR NEW TRIAL<br><br>DATE: No hearing date noticed by movant<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

The United States of America ("government"), through its attorneys of record, Assistant U.S. Attorneys Michael D. Anderson and Nirav K. Desai, and defendants Alexander Sakhanskiy and Larisa Sakhanskiy, through their respective attorneys, Mark Reichel, Esq. and Shari Rusk, Esq., hereby stipulate as follows:

1. On September 11, 2015, a jury returned a verdict against defendants Alexander and Larisa Sakhanskiy on the four charged offenses, one of which carries a mandatory minimum sentence of ten years of imprisonment for each defendant.

2. On the evening of September 24, 2015, defendant Alexander Sakhanskiy filed a Motion for Judgment of Acquittal, or in the Alternative, Motion for New Trial, hereinafter "Motion" (dkt. 164).

3. Defendant Larisa Sakhanskiy intends to file a motion for new trial and has requested a one-week extension to file that motion. The government does not oppose a one-week extension to file

that motion for new trial, to October 1, 2015.

4. Assistant U.S. Attorney Nirav Desai, who will be preparing the government's opposition to the Motion and any forthcoming motion filed by defendant Larisa Sakhanskiy, will be out of the office and unable to work on the opposition briefs between September 25, 2015, and October 4, 2015.

5. In light of the foregoing, the parties agree to, and request that the Court approve, the following proposed briefing schedule:

    a. Defendant Larisa Sakhanskiy shall file her motion for new trial no later than October 1, 2015.

    b. The government's oppositions to defendant Alexander Sakhanskiy's Motion and any timely motion filed by defendant Larisa Sakhanskiy shall be filed on or before October 22, 2015.

    c. The defendants' optional reply briefs shall be file on or before October 29, 2015.

    c. If necessary, the Court will hear the Motion on November 5, 2015, or on another hearing date suitable to the Court's calendar.

Respectfully submitted,

Dated: September 25, 2015                       BENJAMIN B. WAGNER
                                                     United States Attorney

                                              By: /s/ Nirav K. Desai
                                                  MICHAEL D. ANDERSON
                                                  NIRAV K. DESAI
                                                  Assistant United States Attorneys

Dated: September 25, 2015                    /s/ Mark J. Reichel
                                          By: (authorized on September 25, 2015)
                                                  MARK J. REICHEL, ESQ.
                                                  Counsel for Defendant Alexander Sakhanskiy

Dated: September 25, 2015                    /s/ Shari Rusk
                                          By: (authorized on September 25, 2015)
                                                  SHARI RUSK, ESQ
                                                  Counsel for Defendant Larisa Sakhanskiy

# ORDER

The Court has read and considered the stipulation of the United States of America ("government") and defendants Alexander Sakhanskiy and Larisa Sakhanskiy, and for good cause shown approves the stipulation and sets the following briefing schedule on defendant Alexander Sakhanskiy's Motion for Judgment of Acquittal, or in the Alternative, Motion for New Trial (ECF No. 164), and on defendant Larisa Sakhanskiy's forthcoming motion for new trial:

1. Defendant Larisa Sakhanskiy shall file her motion for new trial no later than October 1, 2015;

2. The government's oppositions to defendant Alexander Sakhanskiy's Motion for Judgment of Acquittal, or in the Alternative, Motion for New Trial, and defendant Larisa Sakhanskiy's forthcoming motion, shall be filed on or before October 22, 2015;

3. Defendants' reply briefs, if any, shall be filed on or before October 29, 2015.

4. A hearing on the motion is set for November 5, 2015, at 9:00a.m.

IT IS SO ORDERED.

Dated: September 30, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

STIPULATION & ORDER
UNITED STATES V. SAKHANSKIY, 2:13-CR-160 MCE

3