Shari Rusk, Bar No. 170313
Attorney at Law
PO Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: CR.S. 13-160 MCE |
| Plaintiff, | STIPULATION TO CONTINUE JUDGEMENT & SENTENCING |
| vs. | Court: Hon. Morrison C. England |
| Sakhanskiy, et.al. | Time: 9:00 a.m. |
| Defendants. | Date: December 17, 2015 |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate to the following pre-sentence schedule:

| | |
|---|---|
| Informal Objections: | November 19, 2015 |
| Pre-sentence Report Disclosed: | November 26, 2015 |
| Sentencing Memorandum: | December 3, 2015 |
| Reply or Non-opposition: | December 10, 2015 |
| Judgment & Sentencing: | December 17, 2015 |

///
///
///
///
///
///
///

-1-

The parties request a sentencing date of December 17, 2015 and that date is available with the court.

IT IS SO STIPULATED.

Dated: November 5, 2015　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　__/s/ Shari Rusk___
　　　　　　　　　　　　　　　　　　Shari Rusk
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　Larisa Sakhanskiy


　　　　　　　　　　　　　　　　　　/s/ Mark J. Reichel____
　　　　　　　　　　　　　　　　　　Mark J. Reichel
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　Alexander Sakhaniskiy

　　　　　　　　　　　　　　　　　　/s/ Nirav Desai
　　　　　　　　　　　　　　　　　　Nirav Desai
　　　　　　　　　　　　　　　　　　Assistant United States Attorney


IT IS SO ORDERED.

Dated:  November 12, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT