# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>ALEXANDER SAKHANSKIY,<br><br>Movant. | No. 2:13-cr-0160 MCE AC<br><br>ORDER TO SHOW CAUSE |

On September 12, 2019, movant filed a motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255. ECF No. 238. That motion, which is cursory in content, expressly stated that movant would be filing a supporting memorandum by the end of September. By order filed October 8, 2019, at movant's request, the court granted movant an extension of time until November 7, 2019 to file and serve his memorandum in support of his motion. ECF No. 243. Even assuming adequate time for service of these matters by mail, the memorandum has not been timely filed.

Due to the perfunctory nature of the pending motion to vacate and the failure of movant to timely file a supporting motion, IT IS HEREBY ORDERED that:

1. Movant shall, within 21 days after the filing date of this order, file and serve a statement showing cause in writing why this action should not be dismissed without prejudice.

////

2. If movant seeks to continue to pursue his motion to vacate, he shall also file and serve his supporting memorandum.

3. Alternatively, movant may withdraw his motion to vacate, set aside or correct his sentence.

4. Failure of movant to respond to this order will result in a recommendation that his pending motion, ECF No. 238, be denied without prejudice.

IT IS SO ORDERED.

DATED: November 18, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE