UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-cr-0160 MCE-AC-1 |
| Respondent, | |
| v. | ORDER |
| ALEXANDER SAKHANSKIY, | |
| Movant. | |

Movant has responded to the previously-issued Order to show cause, and has demonstrated good cause for his delays including his transfer among federal penitentiaries and a two-month lockdown in his current place of incarceration, which ended February 18, 2020. ECF No. 250. Movant states that he anticipates yet another institutional transfer due to his medical conditions. Id. The undersigned's order to show cause, ECF No. 244, will be discharged and movant will be granted additional time within which to file and serve a memorandum in support of his motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.

Accordingly, IT IS HEREBY ORDERED that:

1. The undersigned's order to show cause filed November 19, 2019, ECF No. 244, is DISCHARGED.

2. Movant's request for extended time, ECF No. 250, is GRANTED.

3. Movant shall, within forty-five (45) days after the filing date of this order, file and

serve a memorandum in support of his motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (ECF No. 238).

4. No further extensions of time will be granted absent a showing of extraordinary cause.

5. This order shall serve as notice to correctional staff that movant is actively pursuing a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, and has been directed to comply an imminent filing deadline.

IT IS SO ORDERED.

DATED: February 27, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE