UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:13-cr-0160-MCE-AC-1 |
|---|---|
| Respondent, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| ALEXANDER SAKHANSKIY, | |
| Movant. | |

On September 12, 2019, movant filed a cursory motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255, in which he stated he would file a supporting memorandum by the end of September 2019. ECF No. 238. The court subsequently granted movant several extensions of time to file his supporting memorandum. See ECF Nos. 243, 249, 251, 253. The court delayed the deadline for respondent's response to "30 days after the electronic filing of movant's memorandum." ECF No. 243 at 1.

The court's most recent order, filed March 23, 2020, directed movant to file and serve his supporting memorandum on or before April 13, 2020. ECF No. 253. That deadline has long passed; however, movant has neither filed his memorandum nor otherwise communicated with the court. Due to movant's failure to comply with the court's most recent order, despite numerous prior extensions of time, and overall failure to prosecute this case, the undersigned will recommend that this action be dismissed without prejudice.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110 (failure to follow court orders); Fed. R. Civ. P. 41(b) (failure to prosecute).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, movant may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Movant is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 3, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE