UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-cr-0160 MCE AC-1 |
| Respondant, | |
| v. | ORDER |
| ALEXANDER SAKHANSKIY, | |
| Movant. | |

Movant, filed a motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 4, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to movant that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 259. Movant has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 4, 2020, are ADOPTED in full;

////

1

2. This action is DISISSED without prejudice.  <u>See</u> Local Rule 110 (failure to follow court orders; Fed. R. Civ. P. 41(b)(failure to prosecute).

IT IS SO ORDERED.

Dated: July 14, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2